**99–1145. Valance v. Walker.**
In Habeas Corpus. On petition for writ of habeas corpus by Randy S. Valance. *Sua sponte,* cause

dismissed.

    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.